AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
03/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MB DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
03/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: M.B. DEPUTY

United States of America,
v.

JOSE LUIS PEREZ HERNANDEZ, also known as ("aka") "Jose Luis Hernandez Perez," aka "Jose Luis Hernandezperez,"

Defendant(s)

Case No. 8:25-mj-00195-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>January 23, 2022</u> in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

JARED BROMBERG, Deportation Officer, DHS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/14/2025

/s/ Autumn D. Spaeth
*Judge's signature*

City and state: Santa Ana, California

Hon. AUTUMN D. SPAETH, U.S. Magistrate Judge
*Printed name and title*

AUSA: Kristin Spencer

**AFFIDAVIT**

I, Jared Bromberg, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a complaint and arrest warrant against JOSE LUIS PEREZ HERNANDEZ, also known as ("aka") "Jose Luis Hernandez Perez," aka "Jose Luis Hernandezperez" ("PEREZ"), charging him with violating Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States Following Deportation or Removal).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, data contained in Department of Homeland Security ("DHS") databases, the Alien File ("A-File") that is assigned to PEREZ, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF JARED BROMBERG

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service

("INS"), since June 2009. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office, Santa Ana sub-office. Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004. Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about January 23, 2022, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that PEREZ had recently been encountered by the Orange County Sheriff's Department ("OCSD"). On or about January 23, 2022, PEREZ was determined to be at the Orange County Jail in Santa Ana, California, by Deportation Officer B. Wojcik ("DO Wojcik"). DO Wojcik is authorized to enforce Immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act. An Immigration Detainer-Notice of Action (Form I-247A) was issued against PEREZ. On or about January 23, 2022, PEREZ was released from the custody of the OCSD.

5. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained

for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On or about March 7, 2025, I received a booking photograph of PEREZ taken by the Orange County Sheriff's Department upon his arrest in January 2022.

7. On or about March 7, 2025, I reviewed DHS A-File A95-711-988 (the "DHS A-File"), which is maintained for subject alien PEREZ. The DHS A-File contained the following documents and information:

    a. A photograph of the alien to whom the DHS A-File corresponds. I compared this photograph to the booking photograph of PEREZ obtained from the OCSD. These photographs appear to depict the same person. Thus, I believe that the DHS A-File and its contents correspond to PEREZ.

    b. The following documents related to PEREZ's removal:

        i. An Order of the Immigration Judge showing that PEREZ was ordered removed from the United States to Mexico by Renee L. Renner, Immigration Judge, San Diego, California, on or about March 10, 2009.

        ii. An executed Warrant of Removal/Deportation (Form I-205) indicating that PEREZ was officially removed from the United States on or about April 15, 2009.

c. I know from my training and experience that a Warrant of Removal, a Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed or excluded from the United States by DHS (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Warrant of Removal/Deportation in PEREZ's DHS A-File contained a photograph, signature, and fingerprint.

i. A conviction record showing that PEREZ was convicted of Vehicular Manslaughter By Unlawful Act And With Gross Negligence, in violation of California Penal Code Section 192(c)(1), Hit And Run With Injury, in violation of California Vehicle Code Section 20001(a) with a sentencing enhancement for fleeing the scene of the incident pursuant to California Vehicle Code Section 20001(c), on or about July 21, 2006, in the Superior Court of the State of California, County of Orange, Case Number 05NF2509, for which PEREZ was sentenced to seven years of imprisonment.

ii. On or about March 7, 2025, I reviewed the California Criminal Identification Index ("CII") for PEREZ. Based on my training and experience, I know that the CII database tracks and records arrests and convictions of individuals according to an individual's CII number. The CII for PEREZ confirmed that he had been convicted in the case reflected on the documents contained in the DHS A-File.

8. A Record of Deportable/Inadmissible Alien (Form I-213) located in the DHS A-File indicates that upon an interview on or about March 2, 2009, PEREZ was determined to be a citizen of Mexico.

9. On or about March 7, 2025, I reviewed the DHS computer indices on PEREZ. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is removed, deported, or excluded from the United States by DHS, was removed, deported, or excluded by the former INS, or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that PEREZ had been removed, deported, and/or excluded on or about the date indicated on the Warrant of Removal/Deportation found in the DHS A-File. The DHS computer indices further indicated that PEREZ had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States following his last deportation and removal.

10. Based on my review of the DHS A-File, I determined that it does not contain any record of his applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States following his last deportation and removal. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

## IV. CONCLUSION

12. For all the reasons described above, there is probable cause to believe that JOSE LUIS PEREZ HERNANDEZ has committed a violation of Title 8, United States Code, Sections 1326(a), Illegal Alien Found in the United States Following Deportation or Removal.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __14__ day of March 2025.

_____s/ Autumn D. Spaeth_____
AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE