# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff(s) <br> V. <br> JOSE LUIS PEREZ HERNANDEZ, also known as ("aka") "Jose Luis Hernandez Perez," aka "Jose Luis Hernandezperez," <br> Defendant(s). | 8:25-mj-00195-DUTY <br><br> WARRANT FOR ARREST |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest JOSE LUIS PEREZ HERNANDEZ

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☒ Complaint ☐ Indictment
☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice
charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

Illegal Alien Found in the United States Following Deportation or Removal.

**FILED**
CLERK, U.S. DISTRICT COURT
04/08/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE    DEPUTY

in violation of Title    8    United States Code, Section(s)    1326(a)

| Brian D. Karth | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 03/14/2025 - Santa Ana, California |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature] | By AUTUMN D. SPAETH |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

GARDEN GROVE, CA

| 3/16/25 | D. PIZANO  #3012 |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 4/8/25 | DC |
| DATE OF ARREST | TITLE |
| | [signature] |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |