BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KRISTIN N. SPENCER (Cal. Bar No. 294692)
Assistant United States Attorney
     411 W. Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:     (714) 338-3531
     Facsimile:     (714) 338-3708
     E-Mail: kristin.spencer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS PEREZ HERNANDEZ, <br><br> Defendant. | No. 8:25-MJ-00195-DUTY <br><br> STIPULATION TO CONTINUE POST INDICTMENT ARRAIGNMENT <br><br> **[PROPOSED] HEARING DATE:** 5/12/2025 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Kristin N. Spencer, and defendant JOSE LUIS PEREZ HERNANDEZ ("defendant"), by and through his counsel of record, Adithya Mani, hereby stipulate as follows:

1.   On March 14, 2025, the government filed a complaint charging defendant with Illegal Reentry Following Deportation in Violation of 8 U.S.C. § 1326(a).  (Dkt. 1.)

2.   On April 8, 2025, defendant had an initial appearance on the charges contained in the complaint.  At the initial appearance hearing, defendant was ordered released on bond.  Defendant did not waive his right to a preliminary hearing at that time.  Accordingly,

1  the Court scheduled a preliminary hearing for April 29, 2025.  In
2  accordance with this Court's practice, the Court scheduled a post
3  indictment arraignment hearing for the Monday following the
4  preliminary hearing, May 5, 2025.  (Dkt. 5.)
5       3.   On April 18, 2025, defendant filed a written waiver of
6  preliminary hearing.  (Dkt. 16.)  Accordingly, the Court vacated the
7  preliminary hearing scheduled for April 29, 2025.  (Dkt. 17.)
8       4.   The parties believe that the Speedy Trial Act requires the
9  government to file an indictment or information by May 8, 2025.  The
10 post indictment arraignment hearing is currently scheduled to occur
11 prior to this date.
12      5.   Accordingly, the parties hereby stipulate and request that
13 the Court continue the post indictment arraignment hearing to May 12,
14 2025 at 10 a.m. before the duty Magistrate judge.

IT IS SO STIPULATED.

Dated: April 30, 2025                Respectfully submitted,

                                     BILAL A. ESSAYLI
                                     United States Attorney

                                     LINDSEY GREER DOTSON
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                         /s/
                                     KRISTIN N. SPENCER
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA


/s/ with email authorization              April 30, 2025
ADITHYA MANI                              Date
Attorney for Defendant
JOSE LUIS PEREZ HERNANDEZ