```
                                        FILED
                                 CLERK, U.S. DISTRICT COURT

                                       05/07/2025

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY: ___E.C.___ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:25-cr-00072-JWH |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | [8 U.S.C. §§ 1326(a), (b)(1): Illegal Alien Found in the United States Following Deportation] |
| JOSE LUIS PEREZ HERNANDEZ, aka "Jose Luis Hernandez-Perez," aka "Jose Luis HernandezPerez," | |
| Defendant. | |

The United States Attorney charges:

[8 U.S.C. §§ 1326(a), (b)(1)]

On or about January 23, 2022, defendant JOSE LUIS PEREZ HERNANDEZ, also known as ("aka") "Jose Luis Hernandez Perez," aka "Jose Luis Hernandezperez," an alien, who had been officially deported and removed from the United States on or about April 15, 2009, was found in Orange County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having

1  obtained permission from the Attorney General or his designated
2  successor, the Secretary for Homeland Security, to reapply for
3  admission to the United States following deportation and
4  removal.
5      Defendant's previously alleged deportation and removal from
6  the United States occurred subsequent to defendant's conviction
7  for the following felony: Vehicular Manslaughter by Unlawful Act
8  and With Gross Negligence, in violation of California Penal Code
9  Section 192(c)(1), on or about July 21, 2006, in the Superior
10 Court of the State of California, County of Orange, Case Number
11 05NF2509.

        BILAL A. ESSAYLI
        United States Attorney

        LINDSEY GREER DOTSON
        Assistant United States Attorney
        Chief, Criminal Division

*/s/ (signature) for*

        LAWRENCE E. KOLE
        Assistant United States Attorney
        Domestic Security and Immigration
        Crimes Section

        KRISTIN N. SPENCER
        Assistant United States Attorney
        Orange County Office